IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ALLSTATE VEHICLE AND PROPERTYINSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SARAH COLEMAN ROGERS and DENNISC. THOMPSON, IV,<br><br>Defendants. | *<br>*<br>*  Case No. 4:23-CV-156<br>*<br>*<br>*<br>* |

# **J U D G M E N T**

Pursuant to this Court's Orders dated November 27, 2023, and January 13, 2026 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff Allstate. Plaintiff shall recover costs of this action.

This 14th day of January, 2026.

                                              David W. Bunt, Clerk

                                              s/ Elizabeth S. Long, Deputy Clerk